JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IGNACIO VERA,

       Plaintiff,

    v.

HERNAN MONTERA dba FARMERS INSURANCE AGENCY, et al.,

       Defendants.

Case No. 2:25-cv-12172-AB (PDx)

**ORDER DISMISSING CIVIL ACTION**

    The Court has been advised that this action has been settled.

    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 7, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1